RECEIVED
APR 10 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ASSANE YAO MBAYE (A075-880-866) | DOCKET NO. 14-cv-3539; SEC. P |
| VERSUS | JUDGE DRELL |
| DAVID COLE | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition of ASSANE YAO MBAYE be and is hereby **DISMISSED AS MOOT**.

Additionally, the Court notes the copy of the report and recommendation mailed February 19, 2015 to Mr. Mbaye's last known address was returned to the Clerk of Court on March 9, 2015, marked "return to sender." Thirty days have passed since March 9, 2015, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 10th day of April, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT